IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BOBBY WHITEHEAD                                                                            PLAINTIFF

v.                                                     CIVIL ACTION NO. 1:24-cv-00069-GHD-RP

R.T. VAUGHN; MISSISSIPPI
DEPARTMENT OF PUBLIC SAFETY; et al.                              DEFENDANTS

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS PARTY

On April 10, 2024, the Plaintiff filed his amended complaint [3] in this Court, asserting claims against the Mississippi Department of Public Safety, Officer R.T. Vaughn, and John Does 1-20, in relation to a traffic stop that occurred on I-22 in Itawamba County in April of 2023. The Defendant Mississippi Department of Public Safety then filed a motion [8] seeking to dismiss the Plaintiff's claims against it as barred by the doctrine of sovereign immunity. The Plaintiff does not oppose the motion, and has communicated to the Court that he will continue to pursue his claims against the remaining Defendants.

Accordingly, the Court hereby ORDERS that the Defendant Mississippi Department of Public Safety's unopposed motion to dismiss [8] is GRANTED, and the Plaintiff's claims against it are hereby DISMISSED.

SO ORDERED, this, the 28th day of May, 2024.

_____
SENIOR U.S. DISTRICT JUDGE